

**Your Missouri Courts**

ase.net

Search for Cases by:  Select Search Method...

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print          GrantedPublicAccess  **Logoff NHH20124918**

**2122-CC01003 - BLACK LUXURY ENTER ET AL V RICK ROSS TOURING ET A (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ◉ Descending  ◯ Ascending

Display Options: All Entries

---

**02/23/2022** ☐ **Jury Trial Scheduled**
　　　　　**Scheduled For:** 04/18/2022;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis

☐ **Hearing Continued/Rescheduled**
　　　　　**Hearing Continued From:** 02/28/2022;  9:00 AM Jury Trial

**02/22/2022** ☐ **Summons Personally Served**
Document ID - 22-SMCC-457; Served To - ROBERTS, WILLIAM LEONARD; Server - N FRIAR, SERVICE DEPUTY; Served Date - 19-FEB-22; Served Time - 19:11:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Summons Personally Served**
Document ID - 22-SMCC-456; Served To - RICK ROSS TOURING LLC; Server - N FRIAR, SERVICE DEPUTY; Served Date - 19-FEB-22; Served Time - 11:00:00; Service Type - Sheriff Department; Reason Description - Served

**02/01/2022** ☐ **Alias Summons Issued**
Document ID: 22-SMCC-457, for ROBERTS, WILLIAM LEONARD.

☐ **Alias Summons Issued**
Document ID: 22-SMCC-456, for RICK ROSS TOURING LLC.

☐ **Note to Clerk eFiling**
　　　　　**Filed By:** THAYER LANCE WEAVER JR

☐ **Summ Req-Circuit Pers Serv**
Request for Alias Summons.
　　　　　**Filed By:** THAYER LANCE WEAVER JR
　　　　　**On Behalf Of:** BLACK LUXURY ENTERTAINMENT LLC, ANTOINE MEEKS, ROCKHOUSE ENTERTAINMENT LLC, ORLANDO WATSON

**01/07/2022** ☐ **Jury Trial Scheduled**
　　　　　**Associated Entries:** 02/23/2022 - Hearing Continued/Rescheduled
　　　　　**Scheduled For:** 02/28/2022;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis

☐ **Hearing Continued/Rescheduled**
　　　　　**Hearing Continued From:** 01/18/2022;  9:00 AM Jury Trial

**10/28/2021** ☐ **Jury Trial Scheduled**
　　　　　**Associated Entries:** 01/07/2022 - Hearing Continued/Rescheduled
　　　　　**Scheduled For:** 01/18/2022;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis

☐ **Hearing Continued/Rescheduled**

**Hearing Continued From:** 11/08/2021;  9:00 AM Jury Trial

| | | |
|---|---|---|
| **10/13/2021** | ☐ | **Alias Summons Issued** |

Document ID: 21-SMOS-2914, for RICK ROSS TOURING LLC.

☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 21-SMOS-2913, for ROBERTS, WILLIAM LEONARD.

**09/24/2021** ☐ **Motion Special Process Server**

Request for Special Process Server.
**Filed By:** THAYER LANCE WEAVER JR
**On Behalf Of:** BLACK LUXURY ENTERTAINMENT LLC, ANTOINE MEEKS, ROCKHOUSE ENTERTAINMENT LLC, ORLANDO WATSON

☐ **Summ Req-Circ Pers Serv O/S**

Motion to Issue and Reissue Summons for Service.
**Filed By:** THAYER LANCE WEAVER JR

**06/07/2021** ☐ **Jury Trial Scheduled**

**Associated Entries: 10/28/2021 - Hearing Continued/Rescheduled**
**Scheduled For:** 11/08/2021;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis

**05/26/2021** ☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 21-SMOS-1669, for RICK ROSS TOURING LLC.

☐ **Filing Info Sheet eFiling**

**Filed By:** THAYER LANCE WEAVER JR

☐ **Pet Filed in Circuit Ct**

Breach of Contract.
**Filed By:** THAYER LANCE WEAVER JR
**On Behalf Of:** BLACK LUXURY ENTERTAINMENT LLC, ANTOINE MEEKS, ROCKHOUSE ENTERTAINMENT LLC, ORLANDO WATSON

☐ **Judge Assigned**

**2122-CC01003**

Electronically Filed - City of St. Louis - May 26, 2021 - 05:15 AM

## IN THE 22nd JUDICIAL CIRCUIT COURT OF CITY OF ST. LOUIS STATE OF MISSOURI

| | |
|---|---|
| BLACK LUXURY ENTERTAINMENT, LLC, a Missouri limited liability company, ANTOINE MEEKS, as an individual, ROCKHOUSE ENTERTAINMENT, a Missouri limited liability company, and ORLANDO WATSON, as an individual.     ) ) ) ) ) | |
|     Plaintiffs,     ) ) | |
| vs.     ) ) | Cause No.: <br><br> Division No.: |
| RICK ROSS TOURING, LLC, a Florida limited liability company, and     ) ) ) | |
|     Serve at:<br>    Tawanda Roberts<br>    10398 Laurel Road<br>    Davie, FL. 33328     ) ) ) ) ) | |
| WILLIAM LEONARD ROBERTS, II, as an individual professionally known as RICK ROSS,     ) ) ) | |
|     (HOLD SUMMONS)     ) ) | |
|     Defendants.     ) | |

## PETITION FOR DAMAGES AND BREACH OF CONTRACT

COMES NOW Plaintiffs BLACK LUXURY ENTERTAINMENT, LLC, ANTOINE MEEKS, ROCKHOUSE ENTERTAINMENT and ORLANDO WATSON (hereinafter collectively referred to as, the "Plaintiff(s)"), by and through their attorneys Thayer L. Weaver, Jr. and TLW & Associates, LLC, and for their cause of action against Defendants RICK ROSS TOURING, LLC, a Florida limited liability company, and William Leonard Roberts, II, as an individual professionally known as Rick Ross (hereinafter collectively referred to as, the "Defendant(s)"), state, allege, and otherwise avers as follows:

Electronically Filed - City of St. Louis - May 26, 2021 - 05:15 AM

1.      Plaintiffs are concert promoters doing business in the City of St. Louis, State of Missouri.

2.      Defendant Rick Ross Touring, LLC is a Florida Limited Liability company that represents and is the agent of the Defendant Rick Ross (defined below)(hereinafter referred to as, "Defendant Rick Ross Touring").  Defendant Rick Ross Touring, as the agent and representative of Defendant Rick Ross (defined below), contracted for the performance services of Defendant Rick Ross (defined below) in St. Louis County, State of Missouri.

3.      Defendant William Leonard Roberts, II, professionally known as Rick Ross, is a recording artist performing and doing business throughout the United States, including St. Louis County and the world at-large (hereinafter collectively referred to as, "Defendant Rick Ross").

4.      Jurisdiction and venue are proper in this court in that the Defendants contracted to do business in the city of St. Louis, State of Missouri, the subject contract was entered in the city of St. Louis and the Defendant Rick Ross was to perform in the city of St. Louis, State of Missouri in accordance with the contract.

5.      On or about October 21, 2019, Plaintiffs, jointly and severally, entered into an Artist Engagement Contract with Defendant Rick Ross Touring, LLC for the services of Defendant Rick Ross to perform at the Pageant, located at 6161 Delmar Blvd., St. Louis, Missouri on January 11, 2020 (hereinafter referred to as, the "Contract").

6.      The Contract required Plaintiffs to pay Defendants Sixty Thousand Dollars ($60,000.00) in two (2) equal installments.  The first payment was due on October 22, 2019 and the second payment was due upon Artist's arrival (See Contract attached hereto as Exhibit 1).

7.      On October 21, 2019, Plaintiff paid Defendant Rick Ross Touring Thirty Thousand Dollars via wire transfer in accordance with the terms of the Contract ("Payment").

8.      Defendant Rick Ross Touring accepted Payment.

Electronically Filed - City of St. Louis - May 26, 2021 - 05:15 AM

9.      The total consideration paid to Defendant was in the amount of Thirty Thousand Dollars ($30,000.00) and in return for this sum Defendants agreed to perform in accordance with the Contract.

10.      Defendant Rick Ross failed to appear in accordance with the Contract and Plaintiffs notified Defendant Rick Ross Touring of this breach the Contract.

11.      Plaintiffs performed in accordance with the Contract.

12.      Defendants have failed and refused to remedy breach of contract, as a result whereof Plaintiffs were obliged to expend money in preparation of the Contracted concert at their own expense.

13.      In reliance on the agreed upon Contract, Plaintiff incurred additional expenses as follows:

| | | | |
|---|---|---|---|
| a. | Cost of Venue | - | $ 6,000.00 |
| b. | Artist travel and hotel accommodation | – | $ 3,300.00 |
| c. | Marketing and Promotions | - | $ 4,100.00 |
| d. | Production Costs | - | $25,000.00 |

14.      As a result of Defendants' breach of Contract, Plaintiff has been damaged in an amount that exceeds $74,400.00.

WHEREFORE, Plaintiffs Black Luxury Entertainment, LLC, Antoine Meeks, Rockhouse Entertainment and Orlando Watson demand judgment in their favor and against Defendants Rick Ross Touring, LLC, and William Leonard Roberts, II, professionally known as RICK ROSS, for damages for a sum in excess of $74,400.00, plus interest, court costs and attorney's fees, and whatever further relief this Court deems just.

Respectfully submitted,
TLW & ASSOCIATES, LLC


                                    /s/ Thayer L. Weaver, Jr.
By:      _____

Electronically Filed - City of St. Louis - May 26, 2021 - 05:15 AM

Thayer L. Weaver, Jr., Mo. Bar #48128
Attorney for Plaintiffs
3216 Locust St,
St. Louis, MO  63103
Office: (314) 531-4747
Fax: (314) 531-4749



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC01003 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC | Plaintiff's/Petitioner's Attorney/Address:<br>THAYER LANCE WEAVER JR<br>3216 LOCUST | Special Process Server 2 |
| vs. | ST LOUIS, MO  63103 | Special Process Server 3 |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD | (Date File Stamp) |
| Nature of Suit:<br>CC Breach of Contract | SAINT LOUIS, MO  63101 | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   RICK ROSS TOURING LLC
Alias:

SERVE TAWANDA ROBERTS
10398 LAUREL ROAD
DAVIE, FL  33328

**COURT SEAL OF**

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 26, 2021**

_____        *Thomas Kloeppinger*
Date        _____
Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   - [ ] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - [ ] other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)
- [ ] the clerk of the court of which affiant is an officer.
- [ ] the judge of the court of which affiant is an officer.
- [ ] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- [ ] authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - City of St. Louis - September 24, 2021 - 12:35 PM

## IN THE 22nd JUDICIAL CIRCUIT COURT OF CITY OF ST. LOUIS
## STATE OF MISSOURI

| | |
|---|---|
| BLACK LUXURY ENTERTAINMENT, LLC, a Missouri limited liability company, ANTOINE MEEKS, as an individual, ROCKHOUSE ENTERTAINMENT, a Missouri limited liability company, and ORLANDO WATSON, as an individual. ) ) ) ) ) ) Plaintiffs, ) ) vs. ) ) RICK ROSS TOURING, LLC, a Florida limited liability company, and ) ) ) Serve at: ) VyStar Veterans Memorial Arena ) 300 A. Philip Randolph Blvd. ) Jacksonville, FL. 32202 ) ) WILLIAM LEONARD ROBERTS, II, as an individual professionally known as RICK ROSS, ) ) ) VyStar Veterans Memorial Arena ) 300 A. Philip Randolph Blvd. ) Jacksonville, FL. 32202 ) ) Defendants. ) | Cause No.:  2122-CC01003  Division No.:  1 |

## MOTION TO RE-ISSUE SUMMONS

COMES NOW Plaintiffs Black Luxury Entertainment, LLC, a Missouri limited liability company, Antoine Meeks, as an individual, Rockhouse Entertainment, a Missouri limited liability company, and Orlando Watson, as an individual, by and through their attorneys, Thayer L. Weaver, Jr. and TLW & Associates, LLC and hereby request that Summons be re-issed for Rick Ross Touring, LLC and issued for William Leonard Roberts, II for service at the above addresses.  Please allow service by Special Process Server to be performed by the Jacksonville Florida Sheriff's Office:

Electronically Filed - City of St. Louis - September 24, 2021 - 12:35 PM

Attention:  Civil Unit
Jacksonville Sheriff's Office
501 East Bay Street
Jacksonville, FL 32202

Respectfully submitted,
TLW & ASSOCIATES, LLC,


By:  /s/ Thayer L. Weaver, Jr.
Thayer L. Weaver, Jr. MoBar #48128
3216 Locust Street
St. Louis, Missouri 63103
Phone: (314) 531-4747
Fax: (314) 531 -4749
**Attorney for Plaintiffs**

Electronically Filed - City of St. Louis - September 24, 2021 - 12:35 PM

In the
# CIRCUIT COURT
City of St. Louis, Missouri

BLACK LUXURY ENTERTAINMENT LLC, et al.

Plaintiff/Petitioner

vs.

William Leonard Roberts, II and Rick Ross Touring

Defendant/Respondent

┌                    ┐

For File Stamp Only

└                    ┘

September 24, 2021

Date

2122-CC01003

Case number

1

Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Plaintiffs _____, pursuant

Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

Jacksonville Sheriff's Office          501 E. Bay Street, Jacksonville, FL 32202          (904) 255-2470

| Name of Process Server | Address | Telephone |
|---|---|---|
| Name of Process Server | Address | Telephone |
| Name of Process Server | Address | Telephone |

to serve the summons and petition in this cause on the below named parties.

SERVE:
William Leonard Roberts, II, a/k/a Rick Ross

Name
Veterans Memorial Arean, 300 A Philip Randolph Blvd.

Address
Jacksonville, FL 32202

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:
TOM KLOEPPINGER, Circuit Clerk

By_____
    Deputy Clerk

_____
Date

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Thayer L. Weaver, Jr.

Attorney/Plaintiff/Petitioner
48128

Bar No.
3216 Locust St., St. Louis, Missouri 63103

Address
(314) 531-4747

Phone No.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC01003 | |
|---|---|---|
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO  63103 | |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Breach of Contract | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  **WILLIAM LEONARD ROBERTS II**
                        **Alias: RICK ROSS**
**VYSTAR VETERANS MEMORIAL ARENA**
**300 A PHILIP RANDOLPH BLVD**
**JACKSONVILLE, FL  32202**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**October 13, 2021**

_____
Date

_____
Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                ☐ the judge of the court of which affiant is an officer.
                ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____miles @ $ _____ per mile) |
| **Total** | **$_____** | |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC01003 | |
|---|---|---|
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO  63103 | |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Breach of Contract | | |

## ALIAS Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   RICK ROSS TOURING LLC
Alias:
**VYSTAR VETERANS MEMORIAL ARENA**
**300 A PHILIP RANDOLPH BLVD**
**JACKSONVILLE, FL  32202**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**October 13, 2021**

_____
Date

_____
*Thomas Kloeppinger*
Clerk

Further Information:
_____

## Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ _____ per mile) |
| **Total** | **$_____** |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - City of St. Louis - February 01, 2022 - 12:10 PM

**IN THE 22nd JUDICIAL CIRCUIT COURT OF CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| BLACK LUXURY ENTERTAINMENT, LLC, et al.  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | Cause No.:  2122-CC01003 |
| vs.  ) | |
| ) | Division No.:  1 |
| RICK ROSS TOURING, LLC, a Florida limited liability  ) | |
| company, and  ) | |
| ) | |
| Serve at:  ) | |
| Chaifetz Arena  ) | |
| One S. Compton Avenue  ) | |
| St. Louis, Missouri 63103  ) | |
| ) | |
| WILLIAM LEONARD ROBERTS, II, as an individual  ) | |
| professionally known as RICK ROSS,  ) | |
| ) | |
| Serve at:  ) | |
| Chaifetz Arena  ) | |
| One S. Compton Avenue  ) | |
| St. Louis, Missouri 63103  ) | |
| ) | |
| Defendants.  ) | |

**REQUEST FOR ALIAS SUMMONS**

COMES NOW Plaintiffs Black Luxury Entertainment, LLC, a Missouri limited liability company, Antoine Meeks, as an individual, Rockhouse Entertainment, a Missouri limited liability company, and Orlando Watson, as an individual, by and through their attorneys, Thayer L. Weaver, Jr. and TLW & Associates, LLC and hereby request an alias summons be issued for the above-named entities and individuals, Rick Ross Touring, LLC and William Leonard Roberts, II, respectively, for service at the above referenced address.  Service shall be performed by the City of St. Louis Sheriff's Department.

Respectfully submitted,

Electronically Filed - City of St. Louis - February 01, 2022 - 12:10 PM

TLW & ASSOCIATES, LLC,


By: /s/ Thayer L. Weaver, Jr.
Thayer L. Weaver, Jr. MoBar #48128
3216 Locust Street
St. Louis, Missouri 63103
Phone: (314) 531-4747
Fax: (314) 531 -4749
**Attorney for Plaintiffs**



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC01003 |
| Plaintiff/Petitioner:<br> BLACK LUXURY ENTERTAINMENT LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO  63103 |
| Defendant/Respondent:<br> RICK ROSS TOURING LLC<br>Nature of Suit:<br>CC Breach of Contract | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101<br>Please see the attached information for appearing<br>via WebEx.  WebEx connection information may<br>also be found at<br>**http://www.stlcitycircuitcourt.com/** |
| | (Date File Stamp) |

## ALIAS Summons in Civil Case

| | |
|---|---|
| The State of Missouri to:  RICK ROSS TOURING LLC<br>                                              Alias: | |

CHAIFETZ ARENA
ONE S COMPTON AVENUE
SAINT LOUIS, MO  63103

*COURT SEAL OF*

*CITY OF ST LOUIS*

SHERIFF'S FEE PAID

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**      ***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.**

**February 1, 2022**                          *Thomas Kloeppinger*

_____          _____
Date                                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).


_____          _____
Printed Name of Sheriff or Server                          Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____          _____
Date                                                    Notary Public

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* **Document ID # 22-SMCC-456**   1 of 1 (2122-CC01003)      Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Sheriff's Fees, if applicable**

Summons $_____

Non Est $_____

Sheriff's Deputy Salary
Supplemental Surcharge $____10.00_____

Mileage $_____ (_____ miles @ $._____ per mile)

**Total** $_____

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | **Case Number: 2122-CC01003** |
| Plaintiff/Petitioner:<br> BLACK LUXURY ENTERTAINMENT LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO  63103 |
| Defendant/Respondent:<br> RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | Please see the attached information for appearing<br>via WebEx.  WebEx connection information may<br>also be found at<br>**http://www.stlcitycircuitcourt.com/** |
| | (Date File Stamp) |

## ALIAS Summons in Civil Case

**The State of Missouri to:  WILLIAM LEONARD ROBERTS II**
                      **Alias: RICK ROSS**

CHAIFETZ ARENA
ONE S COMPTON AVENUE
SAINT LOUIS, MO  63103



*COURT SEAL OF*

*CITY OF ST LOUIS*

**SHERIFF'S FEE PAID**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

   ***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**February 1, 2022**

_____          _____
           Date                                          Clerk
Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
   Printed Name of Sheriff or Server              Signature of Sheriff or Server
           **Must be sworn before a notary public if not served by an authorized officer:**
           Subscribed and sworn to before me on _____ (date).
*(Seal)*
           My commission expires: _____
                                    Date                         Notary Public

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* **Document ID # 22-SMCC-457**   1 of 1 (2122-CC01003)      Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC01003 |
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO  63103 |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | Please see the attached information for appearing via WebEx.  WebEx connection information may also be found at<br>**http://www.stlcitycircuitcourt.com/** |
| | (Date File Stamp) |

## ALIAS Summons in Civil Case

The State of Missouri to:  RICK ROSS TOURING LLC
**Alias:**

CHAIFETZ ARENA
ONE S COMPTON AVENUE
SAINT LOUIS, MO  63103

*COURT SEAL OF*

*CITY OF ST LOUIS*

| SHERIFF'S FEE PAID |
|---|

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.**

**February 1, 2022**
_____
Date

_Thomas Kloppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☑ delivering a copy of the summons and petition to the defendant/respondent. *Bm 40*
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____

Served at *ONE  S. COMPTON AVE* _____ (address)
in *St. LOUIS* _____ (County/City of St. Louis), MO, on *2-19-22* (date) at *11⁰⁰* (time).

*Nathaniel Friar* _____
Printed Name of Sheriff or Server

*Nathaniel Friar* _____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____       _____
Date                              Notary Public

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* Document ID # 22-SMCC-456   1 of 1 (2122-CC01003)   Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC01003 |
|---|---|
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><br><div style="text-align:right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO  63103 |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC<br><br>Nature of Suit:<br>CC Breach of Contract | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101<br><br>Please see the attached information for appearing via WebEx.  WebEx connection information may also be found at<br>http://www.stlcitycircuitcourt.com/ |

<div style="text-align:right">(Date File Stamp)</div>

## ALIAS Summons in Civil Case

The State of Missouri to:  RICK ROSS TOURING LLC
                                        Alias:

CHAIFETZ ARENA
ONE S COMPTON AVENUE
SAINT LOUIS, MO  63103

**COURT SEAL OF**

**CITY OF ST LOUIS**

| SHERIFF'S FEE PAID |
|---|

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

| **February 1, 2022** | _Thomas Kloppinger_ |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                              _____
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____                    _____
                                   Date                                        Notary Public



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC01003 |
|---|---|
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO 63103 |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC<br><br>Nature of Suit:<br>CC Breach of Contract | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101<br>Please see the attached information for appearing via WebEx. WebEx connection information may also be found at<br>http://www.stlcitycircuitcourt.com/ |
| | (Date File Stamp) |

## ALIAS Summons in Civil Case

The State of Missouri to: **WILLIAM LEONARD ROBERTS II**
Alias: **RICK ROSS**

CHAIFETZ ARENA
ONE S COMPTON AVENUE
SAINT LOUIS, MO 63103

> SHERIFF'S FEE PAID

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

   ***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**February 1, 2022**                         *Thomas Kloeppinger*

_____                    _____
Date                                        Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☑ delivering a copy of the summons and petition to the defendant/respondent. *RM 40*
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____

Served at *ONE S. COMPTON AVE* _____ (address)
In *St. Louis* _____ (County/City of St. Louis), MO, on *2.19.22* (date) at *7⁸/11⁸* (time).

*Nathaniel Friar*                          *Nathaniel Friar* 071
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                              Date                                Notary Public



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC01003 |
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO 63103 |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | Please see the attached information for appearing via WebEx. WebEx connection information may also be found at<br>http://www.stlcitycircuitcourt.com/ |

(Date File Stamp)

### ALIAS Summons in Civil Case

The State of Missouri to: **WILLIAM LEONARD ROBERTS II**
**Alias: RICK ROSS**

**CHAIFETZ ARENA**
**ONE S COMPTON AVENUE**
**SAINT LOUIS, MO 63103**

| SHERIFF'S FEE PAID |
|---|



**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney of plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court.***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**February 1, 2022**

_____          _Thomas Kloeppinger_
Date                                               Clerk

Further Information:

### Sheriff's or Server's Return
**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

_(Seal)_

My commission expires: _____          _____
Date                                               Notary Public

SJRC (07-21) SM30 (SMCC) *For Court Use Only: Document ID # 22-SMCC-457*   1 of 1 (2122-CC01003)   Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC01003 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC | Plaintiff's/Petitioner's Attorney/Address:<br>THAYER LANCE WEAVER JR<br>3216 LOCUST | Special Process Server 2 |
| vs. | ST LOUIS, MO  63103 | Special Process Server 3 |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Breach of Contract | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   RICK ROSS TOURING LLC
                            Alias:

**SERVE TAWANDA ROBERTS**
**10398 LAUREL ROAD**
**DAVIE, FL  33328**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 26, 2021**

_____          _____
                Date                                                                Clerk
Further Information:

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - City of St. Louis - September 24, 2021 - 12:35 PM

## IN THE 22nd JUDICIAL CIRCUIT COURT OF CITY OF ST. LOUIS STATE OF MISSOURI

BLACK LUXURY ENTERTAINMENT, LLC, a Missouri )
limited liability company, ANTOINE MEEKS, as an )
individual, ROCKHOUSE ENTERTAINMENT, a )
Missouri limited liability company, and ORLANDO )
WATSON, as an individual. )
)
    Plaintiffs, )
)   Cause No.:  2122-CC01003
vs. )
)   Division No.:  1
RICK ROSS TOURING, LLC, a Florida limited liability )
company, and )
)
    Serve at: )
    VyStar Veterans Memorial Arena )
    300 A. Philip Randolph Blvd. )
    Jacksonville, FL. 32202 )
)
WILLIAM LEONARD ROBERTS, II, as an individual )
professionally known as RICK ROSS, )
)
    VyStar Veterans Memorial Arena )
    300 A. Philip Randolph Blvd. )
    Jacksonville, FL. 32202 )
)
    Defendants. )

## MOTION TO RE-ISSUE SUMMONS

COMES NOW Plaintiffs Black Luxury Entertainment, LLC, a Missouri limited liability company, Antoine Meeks, as an individual, Rockhouse Entertainment, a Missouri limited liability company, and Orlando Watson, as an individual, by and through their attorneys, Thayer L. Weaver, Jr. and TLW & Associates, LLC and hereby request that Summons be re-issed for Rick Ross Touring, LLC and issued for William Leonard Roberts, II for service at the above addresses.  Please allow service by Special Process Server to be performed by the Jacksonville Florida Sheriff's Office:

1

Electronically Filed - City of St. Louis - September 24, 2021 - 12:35 PM

Attention:  Civil Unit
Jacksonville Sheriff's Office
501 East Bay Street
Jacksonville, FL 32202

Respectfully submitted,
TLW & ASSOCIATES, LLC,


By: _/s/ Thayer L. Weaver, Jr._____
Thayer L. Weaver, Jr. MoBar #48128
3216 Locust Street
St. Louis, Missouri 63103
Phone: (314) 531-4747
Fax: (314) 531 -4749
**Attorney for Plaintiffs**

Electronically Filed - City of St. Louis - September 24, 2021 - 12:35 PM

In the
# CIRCUIT COURT
City of St. Louis, Missouri

┌                          ┐
For File Stamp Only

BLACK LUXURY ENTERTAINMENT LLC, et al.

Plaintiff/Petitioner

September 24, 2021

Date

vs.

2122-CC01003

William Leonard Roberts, II and Rick Ross Touring

Case number

Defendant/Respondent

1

Division

└                          ┘

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Plaintiffs _____, pursuant

Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

Jacksonville Sheriff's Office        501 E. Bay Street, Jacksonville, FL 32202      (904) 255-2470

| Name of Process Server | Address | Telephone |
|---|---|---|
| Name of Process Server | Address | Telephone |
| Name of Process Server | Address | Telephone |

to serve the summons and petition in this cause on the below named parties.

SERVE:
William Leonard Roberts, II, a/k/a Rick Ross

Name
Wstar Veterans Memorial Arean, 300 A Philip Randolph Blvd.

Address
Jacksonville, FL 32202

City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By_____
   Deputy Clerk

_____
Date

Thayer L. Weaver, Jr.

Attorney/Plaintiff/Petitioner
48128

Bar No.
3216 Locust St., St. Louis, Missouri 63103

Address
(314) 531-4747

Phone No.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC01003 | |
|---|---|---|
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO  63103 | |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Breach of Contract | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  **WILLIAM LEONARD ROBERTS II**
**Alias: RICK ROSS**
**VYSTAR VETERANS MEMORIAL ARENA**
**300 A PHILIP RANDOLPH BLVD**
**JACKSONVILLE, FL  32202**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**October 13, 2021**

_____
Date

_____*Thomas Kloeppinger*_____
Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐  delivering a copy of the summons and a copy of the petition to the defendant/respondent.
    ☐  leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
    ☐  (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐  other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                                ☐ the judge of the court of which affiant is an officer.
                                ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                                ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC01003 | |
|---|---|---|
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO  63103 | |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Breach of Contract | | |

## ALIAS Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   RICK ROSS TOURING LLC
                            Alias:
**VYSTAR VETERANS MEMORIAL ARENA
300 A PHILIP RANDOLPH BLVD
JACKSONVILLE, FL  32202**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**October 13, 2021**

*CITY OF ST LOUIS*

_____      _____
                Date                                      Clerk
Further Information: _____

## Officer's or Server's Affidavit of Service

I certify that:

1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
    - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
    - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    - ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
*(Seal)*           ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                   ☐ authorized to administer oaths.  (use for court-appointed server)

_____
                        Signature and Title

| **Service Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____miles @ $ _____ per mile) |
| **Total** | **$_____** | |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - City of St. Louis - February 01, 2022 - 12:10 PM

### IN THE 22nd JUDICIAL CIRCUIT COURT OF CITY OF ST. LOUIS STATE OF MISSOURI

| | |
|---|---|
| BLACK LUXURY ENTERTAINMENT, LLC, et al.    ) | |
| ) | |
|     Plaintiffs,    ) | |
| ) | Cause No.:  2122-CC01003 |
| vs.    ) | |
| ) | Division No.:  1 |
| RICK ROSS TOURING, LLC, a Florida limited liability  ) | |
| company, and    ) | |
| ) | |
|     Serve at:    ) | |
|     Chaifetz Arena    ) | |
|     One S. Compton Avenue    ) | |
|     St. Louis, Missouri 63103    ) | |
| ) | |
| WILLIAM LEONARD ROBERTS, II, as an individual  ) | |
| professionally known as RICK ROSS,    ) | |
| ) | |
|     Serve at:    ) | |
|     Chaifetz Arena    ) | |
|     One S. Compton Avenue    ) | |
|     St. Louis, Missouri 63103    ) | |
| ) | |
|     Defendants.    ) | |

### REQUEST FOR ALIAS SUMMONS

COMES NOW Plaintiffs Black Luxury Entertainment, LLC, a Missouri limited liability company, Antoine Meeks, as an individual, Rockhouse Entertainment, a Missouri limited liability company, and Orlando Watson, as an individual, by and through their attorneys, Thayer L. Weaver, Jr. and TLW & Associates, LLC and hereby request an alias summons be issued for the above-named entities and individuals, Rick Ross Touring, LLC and William Leonard Roberts, II, respectively, for service at the above referenced address.  Service shall be performed by the City of St. Louis Sheriff's Department.

Respectfully submitted,

Electronically Filed - City of St. Louis - February 01, 2022 - 12:10 PM

TLW & ASSOCIATES, LLC,


By: /s/ Thayer L. Weaver, Jr.
Thayer L. Weaver, Jr. MoBar #48128
3216 Locust Street
St. Louis, Missouri 63103
Phone: (314) 531-4747
Fax: (314) 531 -4749
**Attorney for Plaintiffs**



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC01003 |
| Plaintiff/Petitioner:<br> BLACK LUXURY ENTERTAINMENT LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO  63103 |
| Defendant/Respondent:<br> RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | Please see the attached information for appearing<br>via WebEx.  WebEx connection information may<br>also be found at<br>**http://www.stlcitycircuitcourt.com/** |
| | (Date File Stamp) |

## ALIAS Summons in Civil Case

**The State of Missouri to:  RICK ROSS TOURING LLC**
                         **Alias:**

CHAIFETZ ARENA
ONE S COMPTON AVENUE
SAINT LOUIS, MO  63103

> **SHERIFF'S FEE PAID**

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

    **\*\*\*Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. \*\*\***

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.**

               **February 1, 2022**                          *Thomas Kloeppinger*

                          Date                                       Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____ , a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
     Printed Name of Sheriff or Server                            Signature of Sheriff or Server

                   **Must be sworn before a notary public if not served by an authorized officer:**

                   Subscribed and sworn to before me on _____ (date).

*(Seal)*

                   My commission expires: _____
                                   Date                              Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC01003 |
| Plaintiff/Petitioner:<br> BLACK LUXURY ENTERTAINMENT LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO 63103 |
| Defendant/Respondent:<br> RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | Please see the attached information for appearing<br>via WebEx.  WebEx connection information may<br>also be found at<br>**http://www.stlcitycircuitcourt.com/** |
| | (Date File Stamp) |

## ALIAS Summons in Civil Case

**The State of Missouri to:  WILLIAM LEONARD ROBERTS II<br>Alias: RICK ROSS**

CHAIFETZ ARENA<br>ONE S COMPTON AVENUE<br>SAINT LOUIS, MO 63103



*COURT SEAL OF*

*CITY OF ST LOUIS*

| SHERIFF'S FEE PAID |
|---|

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**February 1, 2022**

_____                    _____
Date                                                              Clerk
Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____ , a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____                    _____
Date                                                              Notary Public

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* **Document ID # 22-SMCC-457**   1 of 1 (2122-CC01003)   Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC01003 |
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO  63103 |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | Please see the attached information for appearing<br>via WebEx.  WebEx connection information may<br>also be found at<br>http://www.stlcitycircuitcourt.com/ |
| | (Date File Stamp) |

## ALIAS Summons in Civil Case

| | |
|---|---|
| The State of Missouri to:  RICK ROSS TOURING LLC<br>                                        Alias:<br><br>**CHAIFETZ ARENA**<br>**ONE S COMPTON AVENUE**<br>**SAINT LOUIS, MO  63103** | **SHERIFF'S FEE PAID** |

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

| February 1, 2022 | _Thomas Kloppinger_ |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☑ delivering a copy of the summons and petition to the defendant/respondent. _Bm  40_

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____

Served at _ONE  S. COMPTON AVE_ _____ (address)

in _St. Louis_ (County/City of St. Louis), MO, on _2-19-22_ (date) at _11°_ (time).

_Nathaniel Friar_ / _Nathaniel Friar_

Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____

Date                    Notary Public

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* Document ID # 22-SMCC-456   1 of 1 (2122-CC01003)     Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC01003 | |
|---|---|---|
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO 63103 | |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC<br><br>Nature of Suit:<br>CC Breach of Contract | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| | Please see the attached information for appearing via WebEx.  WebEx connection information may also be found at<br>http://www.stlcitycircuitcourt.com/ | (Date File Stamp) |

## ALIAS Summons in Civil Case

The State of Missouri to:  RICK ROSS TOURING LLC
                          Alias:

CHAIFETZ ARENA
ONE S COMPTON AVENUE
SAINT LOUIS, MO 63103

**SHERIFF'S FEE PAID**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

| February 1, 2022 | Thomas Kloeppinger |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

| _____ | _____ |
|---|---|
| Printed Name of Sheriff or Server | Signature of Sheriff or Server |

Must be sworn before a notary public if not served by an authorized officer:

(Seal)                 Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
                        Date                        Notary Public

SJRC (07-21) SM30 (SMCC) *For Court Use Only: Document ID # 22-SMCC-456*   1 of 1 (2122-CC01003)   Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division: | Case Number: 2122-CC01003 |
|---|---|
| MICHAEL FRANCIS STELZER | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| BLACK LUXURY ENTERTAINMENT LLC | THAYER LANCE WEAVER JR |
| | 3216 LOCUST |
| vs. | ST LOUIS, MO 63103 |
| Defendant/Respondent: | Court Address: |
| RICK ROSS TOURING LLC | CIVIL COURTS BUILDING |
| Nature of Suit: | 10 N TUCKER BLVD |
| CC Breach of Contract | SAINT LOUIS, MO 63101 |
| | Please see the attached information for appearing via WebEx. WebEx connection information may also be found at http://www.stlcitycircuitcourt.com/ |
| | (Date File Stamp) |

## ALIAS Summons in Civil Case

The State of Missouri to: **WILLIAM LEONARD ROBERTS II**
                              **Alias: RICK ROSS**

**CHAIFETZ ARENA**
**ONE S COMPTON AVENUE**
**SAINT LOUIS, MO 63103**

| **SHERIFF'S FEE PAID** |
|---|

**COURT SEAL OF**

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

| **February 1, 2022** | _Thomas Kloeppinger_ |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)

☑ delivering a copy of the summons and petition to the defendant/respondent. *BM 40*
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____ (title).
☐ other: _____

Served at ONE S. COMPTON AVE _____ (address)
in St. Louis _____ (County/City of St. Louis), MO, on 2·19·22 (date) at 7⁸/₁₁⁸ (time).

NAThaniel Friar                          _Nathaniel Friar_ 071
Printed Name of Sheriff or Server              Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                         Date                              Notary Public



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC01003 |
| Plaintiff/Petitioner:<br>BLACK LUXURY ENTERTAINMENT LLC<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>THAYER LANCE WEAVER JR<br>3216 LOCUST<br>ST LOUIS, MO 63103 |
| Defendant/Respondent:<br>RICK ROSS TOURING LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | Please see the attached information for appearing via WebEx. WebEx connection information may also be found at<br>http://www.stlcitycircuitcourt.com/ |

(Date File Stamp)

### ALIAS Summons in Civil Case

The State of Missouri to: **WILLIAM LEONARD ROBERTS II**
**Alias: RICK ROSS**

CHAIFETZ ARENA
ONE S COMPTON AVENUE
SAINT LOUIS, MO 63103

<div align="right">

**SHERIFF'S FEE PAID**

</div>



COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**\*\*\*Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. \*\*\***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**February 1, 2022**          _Thomas Kloppinger_

Date                                     Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____          _____
                                     Date                              Notary Public

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* Document ID # 22-SMCC-457   1 of 1 (2122-CC01003)   Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo